**Opinion issued March 31, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00123-CV

————————————

**GEOFFREY QUINN, Appellant**

**V.**

**KIMBERLY A. SERGEANT, Appellee**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Case No. 21-FD-0952**

---

## MEMORANDUM OPINION

Appellant Geoffrey Quinn filed a Motion to Reverse and Remand informing the Court that the parties have settled and requesting that this Court "remand this appeal to the trial court for entry of an order pursuant to the parties' Mediated

Settlement Agreement."[1] We construe Appellant's motion as a motion to set aside the trial court's judgment and remand to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

We grant Appellant's motion.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the trial court's judgment without regard to the merits and remand to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *Id*.; *see also City of Pasadena v. Gardner*, No. 01-17-00178-CV, 2017 WL 2471106, at *1 (Tex. App.—Houston [1st Dist.] June 8, 2017, no pet.) (mem. op.).

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] Appellant states that Appellee Kimberly A. Sergeant is opposed to the requested relief because she maintains the proper course is to "simply dismiss the appeal."